IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KHARY PENEBAKER,
MARY ARNOLD, and
BONNIE JOSEPH,

    Plaintiffs,

v.                                                Case No. 3:22-cv-00334

ANDREW HITT, ROBERT F. SPINDELL, JR.,
BILL FEEHAN, KELLY RUH,
CAROL BRUNNER, EDWARD SCOTT GRABINS,
KATHY KIERNAN, DARRYL CARLSON,
PAM TRAVIS, MARY BUESTRIN,
JAMES R. TROUPIS and KENNETH CHESEBRO,

    Defendant.

## DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that Defendants Andrew Hitt, Robert F. Spindell, Jr., Bill Feehan, Kelly Ruh, Carol Brunner, Edward Scott Grabins, Kathy Kiernan, Darryl Carlson, Pam Travis, and Mary Buestrin (the "Alternate Elector Defendants"), by and through their attorneys, move the Court for an order dismissing the Complaint filed by Plaintiffs. The basis for this motion is contained in the Memorandum in Support of Defendants' Motion to Dismiss.

WHEREFORE, the Alternate Elector Defendants respectfully request that this Court enter an order dismissing all claims, and for such other and further relief as this Court deems just and necessary.

Dated this 22nd day of June, 2022.

                                Respectfully submitted,

                                LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
                                Attorneys for Defendants, Andrew Hitt, Robert F. Spindell, Jr.,
                                Bill Feehan, Kelly Ruh, Carol Brunner, Edward Scott Grabins,
                                Kathy Kiernan, Darryl Carlson, Pam Travis and Mary Buestrin.

                        By: *s/Kurt A. Goehre*
                            R. George Burnett, State Bar No. 1005964
                            Kurt A. Goehre, State Bar No. 1068003

POST OFFICE ADDRESS:
231 South Adams Street
Green Bay, WI 54301
P. O. Box 23200
Green Bay, WI 54305-3200
920-437-0476
E-mail: rgb@lcojlaw.com
        kag@lcojlaw.com
#4269320