IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KHARY PENEBAKER, MARY ARNOLD
and BONNIE JOSEPH,

                            Plaintiffs,

        v.

ANDREW HITT, ROBERT F. SPINDELL, JR.,
BILL FEEHAN, KELLY RUH, CAROL BRUNNER,
EDWARD SCOTT GRABINS, KATHY KIERNAN,
DARRYL CARLSON, PAM TRAVIS, MARY BUESTRIN,
JAMES R. TROUPIS and KENNETH CHESEBRO,

                            Defendants.

ORDER

22-cv-334

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       I am disqualifying myself in this case.

       Entered this 13th day of July, 2022.

                            BY THE COURT:

                            /s/
                            _____
                            BARBARA B. CRABB
                            District Judge